UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In Re:                                    )
                                          )
Louis Baldwin                             ) Chapter 13 Case No.   14-23702
Debtor                                    )
                                          )

**NOTICE OF MOTION FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $17,078.85 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2. That the debtor's case was dismissed in September 2015 and a refund check was sent to the Debtor in the amount of $17,078.85 in October 2015 then again in August 2016.

3. To date said check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $17,078.85 into U.S. Treasury Fund 6047BK on behalf of Debtor, Louis Baldwin whose last known address was PO Box 1420, Cedar Lake, IN 46303

/s/    Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion was sent electronically on December 1, 2016 to the United States Trustee and to the debtor at PO Box 1420, Cedar Lake, IN 46303 by U.S. Mail.   Debtor was Pro Se.

/s/    Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015